JS-6/Entered

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUN - 3 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUN - 3 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| KIM PACE-WHITE,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>DEBRA K. JOHNSON,<br><br>　　　　Respondent. | Case No. EDCV 13-00923 SJO (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice for the reasons set forth in the related Order.

DATED: May 21, 2013

_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL Petitioner (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: June 3, 2013

Stephen Ybarra
DEPUTY CLERK