UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| KIM PACE-WHITE,<br><br>    Petitioner,<br><br>v.<br><br>DEBRA K. JOHNSON,<br><br>    Respondent. | Case No. EDCV 13-00923 SJO (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice for the reasons set forth in the related Order.

DATED: May 21, 2013

S. JAMES OTERO
UNITED STATES DISTRICT JUDGE

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL Petitioner (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: June 3, 2013

Stephen Ybarra
DEPUTY CLERK